

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

SARA A. SEELEY,

     Debtor.

SARA A. SEELEY,

     Plaintiff,

v.

NAVIENT SOLUTIONS,

     Defendant.

Bankr. Case No.:  14-10919-TWD

Chapter 13

Adv. Proc. No.:  24-01018-TWD

**ORDER APPROVING STIPULATION BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC FOR  SETTLEMENT AND FOR DISMISSAL OF THIS ADVERSARY PROCEEDING**

AND NOW, upon consideration of the Stipulation in Settlement (Docket No. 17) ("Stipulation") between the Plaintiff, Sara A. Seeley ("Plaintiff"), and Navient Solutions, LLC, on behalf of itself and named defendant "Navient Solutions"  (collectively, "NSL"), in the above-captioned adversary proceeding, it is hereby

ORDER APPROVING STIPULATION
BETWEEN PLAINTIFF AND
NAVIENT SOLUTIONS, LLC FOR
SETTLEMENT AND FOR DISMISSAL OF
THIS ADVERSARY PROCEEDING- 1

David B. Schumacher,  WSBA #26388
3519 NE 15th Ave., #142
Portland, OR  97212
P (971) 302-6490 F (971) 352-6912
Email: david.schulaw@gmail.com

ORDERED, that the Stipulation is hereby approved; and it is further

ORDERED, that this adversary proceeding is hereby dismissed.

**/// End of Order ///**

Presented by:

*/s/ David B. Schumacher*_____
David B. Schumacher, WSBA #26388
Attorney at Law
3519 NE 15th Ave, #142
Portland, OR  97212
Telephone: (971) 302-6490
Facsimile: (971) 352-6912
Email: david.schulaw@gmail.com
Attorneys for Navient Solutions, LLC

Approved for Entry:

*/s/ Latife h. Neu*_____
Latife H. Neu, WSBA #33144
Attorney at Law PLLC
1825 NW 65th St
Seattle, WA 98117
Telephone: (206) 297-6349
Email: latife@neulegal.com
Attorney for Plaintiff

ORDER APPROVING STIPULATION
BETWEEN PLAINTIFF AND
NAVIENT SOLUTIONS, LLC FOR
SETTLEMENT AND FOR DISMISSAL OF
THIS ADVERSARY PROCEEDING- 2

David B. Schumacher,  WSBA #26388
3519 NE 15th Ave., #142
Portland, OR  97212
P (971) 302-6490 F (971) 352-6912
Email:  david.schulaw@gmail.com